Agnes De Stefano, appellee, v. Joseph De Stefano, appellant. Gen. No. 34,302.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed November 6, 1930.

Cairoli Gigliotti, for appellant. Rosinia & Libonati, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Caroline Cyrnik, plaintiff in error. Gen. No. 34,178.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed December 1, 1930.

W. G. Anderson and F. L. Barnett, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Ralph J. Riley, Assistant State's Attorney, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Mathias Hoffman, trading as M. Hoffman & Company, defendant in error, v. Margaret L. Owings, plaintiff in error. Gen. No. 34,214.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed December 1, 1930.

Alden, Latham & Young, for plaintiff in error; S. F. Moody, of counsel. Rathje, Wesemann, Hinckley & Barnard, for defendant in error; Francis E. Hinckley, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Bessie Urban, administratrix of the estate of Alexander Urban, deceased, appellee, v. Pere Marquette Railroad Company, appellant. Gen. No. 34,226.

Heard in the first division of this court for the first district at the April term, 1930. O'Connor, J., dissents. Opinion filed December 1, 1930.

Glennon, Cary, Walker & Murray, for appellant; Sidney C. Murray and Marvin A. Jersild, of counsel. John A. Irrmann, for appellee; John A. Irrmann, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.